**Rodney J. HAMMOND,
Plaintiff-Appellant**

v.

**Melvia LOVINGS; Paul Helfrich; Melissa Esquivel; Amelia Bustos; J&J Worldwide Services, Incorporated, Defendants-Appellees**

No. 16-50984
**Summary Calendar**

United States Court of Appeals,
Fifth Circuit.

Filed March 2, 2017

Robert Chris Pittard, Forte & Pittard, P.L.L.C., San Antonio, TX, for Plaintiff-Appellant

Erica Escobar Valladares, Esq., Langley & Banack, Incorporated, San Antonio, TX, for Defendants-Appellees

Before REAVLEY, OWEN, and ELROD, Circuit Judges.

PER CURIAM: *

Appellant Rodney J. Hammond seeks to appeal the district court's ruling awarding defendants attorney fees. The order was entered July 1, 2016. Hammond was there-

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

fore required to file his notice of appeal by August 1, 2016. On that day, he attempted to file the notice of appeal, but inadvertently filed a document entitled "Plaintiff's Response to Court's Order to Show Cause." The next day, the court issued a "Deficiency Notice" informing him of the error. On August 2, 2016, Hammond filed his notice of appeal.

Hammond's notice of appeal was untimely, and this appeal must therefore be dismissed. *See* Fed. R. App. P. 4(a)(1)(A). The unusual circumstances surrounding Hammond's late filing do not change this outcome. *Kinsley v. Lakeview Regional Medical Center LLC* is squarely on point and controls. *See* 570 F.3d 586, 590 (5th Cir. 2009).

DISMISSED.

---

the limited circumstances set forth in 5TH CIR. R. 47.5.4.